| | | |
|---|---|---|
| People v Fleming | 1st Dept: 141 AD3d 408 (Bronx) | denied reconsideration 12/7/16 (Garcia, J.) |
| People v Flow | 1st Dept: 143 AD3d 587 (NY) | denied 12/30/16 (DiFiore, Ch. J.) |
| People v Foster | 2d Dept: 143 AD3d 736 (Suffolk) | denied 12/5/16 (Pigott, J.) |
| People v Furino | 1st Dept: 142 AD3d 871 (NY) | denied 12/21/16 (Fahey, J.) |
| People v Geron | 1st Dept: 143 AD3d 530 (NY) | denied 12/19/16 (Rivera, J.) |
| People v Gillespie | 2d Dept: 142 AD3d 673 (Queens) | denied 12/2/16 (Garcia, J.) |
| People v Gjenasecse | App Div, 2d Dept: 2016 NY Slip Op 86578(U) (Kings) | dismissed 12/16/16 (Fahey, J.) |
| People v Gladden | 1st Dept: 143 AD3d 426 (Bronx) | denied 12/8/16 (Fahey, J.) |
| People v Goodwin | 2d Dept: 144 AD3d 843 (Kings) | denied 12/30/16 (DiFiore, Ch. J.) |
| People v Gough | 2d Dept: 142 AD3d 673 (Queens) | denied 12/2/16 (Garcia, J.) |
| People v Grant | 1st Dept: 143 AD3d 609 (Bronx) | denied 12/12/16 (Pigott, J.) |
| People v Gray | 1st Dept: 143 AD3d 647 (Bronx) | denied 12/30/16 (DiFiore, Ch. J.) |
| People v Guzman | App Div, 2d Dept: 2016 NY Slip Op 86574(U) (Kings) | dismissed 12/12/16 (Stein, J.) |
| People v Hampton | 4th Dept: 142 AD3d 1305 (Monroe) | denied 12/21/16 (DiFiore, Ch. J.) |
| People v Harden | App Div, 3d Dept: 2016 NY Slip Op 82317(U) (Albany) | dismissed 12/16/16 (Fahey, J.) |
| People v Harris (Cleophis) | 4th Dept: 142 AD3d 1391 (Chautauqua) | denied 12/5/16 (Garcia, J.) |
| People v Harris (Dennis) | 2d Dept: 143 AD3d 911 (Nassau) | denied 12/12/16 (Pigott, J.) |
| People v Harrison | 2d Dept: 143 AD3d 842 (Queens) | denied 12/5/16 (Pigott, J.) |
| People v Horning | 1st Dept: 143 AD3d 520 (NY) | dismissed 12/30/16 (Fahey, J.) |
| People v Houston | 2d Dept: 143 AD3d 737 (Kings) | denied 12/30/16 (Fahey, J.) |
| People v Hunter | App Term, 1st Dept: 53 Misc 3d 143(A) (NY) | denied 12/19/16 (Rivera, J.) |
| People v Hutchings | 4th Dept: 142 AD3d 1292 (Cayuga) | denied 12/7/16 (Abdus-Salaam, J.) |